IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNION SPRING TELEPHONE COMPANY, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) |
| **T-MOBILE USA, INC.,** | ) ) |
| **Defendant.** | ) ) |

_____

**EXHIBIT "B" TO
NOTICE OF REMOVAL**

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| UNION SPRING TELEPHONE COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>T-MOBILE USA, INC., )<br>)<br>Defendant. ) | Case No. CV-06-40 |

## NOTICE OF FILING REMOVAL

**PLEASE TAKE NOTICE** that the defendants have caused to be filed on the 25th day of May, 2006, in the United States District Court for the Middle District of Alabama, Southern Division, a Notice of Removal for the removal of the above-styled action to said Court. A copy of the Notice of Removal is hereto attached as Exhibit A.

Respectfully submitted,

_____
Peter S. Fruin (FRU002)
Joshua D. Jones (JON147)

Attorneys for Defendant T-Mobile

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000