IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY 25 P 12: 10

| | |
|---|---|
| **UNION SPRING TELEPHONE COMPANY, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) |
| **T-MOBILE USA, INC.,** | ) ) |
| Defendant. | ) ) |

2:06CV474-DRB

## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Defendant T-Mobile USA, Inc. gives notice that it is a 100% wholly owned subsidiary of T-Mobile International AG & Co.  T-Mobile International AG & Co. is 100% wholly owned subsidiary of Deutsche Telekom AG.  Deutsche Telekom AG is a publicly traded corporation listed on the New York Stock Exchange under the symbol "DT" as well as on several Eurpoean markets.  No publicly held corporation owns 10% or more of its stock..

Respectfully submitted,

_____
Peter S. Fruin (FRU002)
Joshua D. Jones (JON147)

Attorneys for Defendant T-Mobile

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
(205) 254-1999 facsimile

01342259.1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Removal has been served upon the following counsel of record to this proceeding by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid this 24th day of May, 2006:

Mark D. Wilkerson
Amanda C. Carter
Dana H. Billingsley
WILKERSON & BRYAN, P.C.
405 South Hull Street
P.O. Box 830
Montgomery, AL 36101-0830
fax: 334.265.0319

_____
OF COUNSEL