IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNION SPRINGS TELEPHONE** | ) |
| **COMPANY, INC., an Alabama corporation,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:06-CV-0474-MEF** |
| | ) |
| **T-MOBILE USA, INC., a Delaware corporation** | ) |
| **doing business in Alabama; Defendants A, B, C** | ) |
| **and/or D, both singular and plural, being those** | ) |
| **persons, firms, partnerships, corporations or** | ) |
| **other entities who held an interest in, or** | ) |
| **operated, T-Mobile USA, Inc.; all whose names** | ) |
| **are unknown at this time but will be substituted** | ) |
| **by amendment when ascertained,** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Plaintiff, Union Springs Telephone Company, Inc., gives notice that it is a 100% wholly owned subsidiary of Ropir Industries, Inc. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted on this the 26th day of June, 2006.

   **s/Mark D. Wilkerson**        
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
DANA H. BILLINGSLEY (BIL02)
Attorneys for Plaintiff Union Springs
Telephone Company, Inc.
WILKERSON & BRYAN, P.C.

405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:  (334) 265-0319
E-mail: mark@wilkersonbryan.com
E-mail: amanda@wilkersonbryan.com
E-mail: dana@wilkersonbryan.com

OF COUNSEL:

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:  (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com
dana@wilkersonbryan.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel of record by placing copy of same in the United States Mail, properly addressed and first-class postage prepaid, this 26th of June, 2006:

> Peter S. Fruin, Esq.
> Joshua D. Jones, Esq.
> Maynard, Cooper & Gale, P.C.
> 1901 Sixth Avenue North
> 2400 AmSouth/Harbert Plaza
> Birmingham, Alabama  35203-2602

**<u>s/Mark D. Wilkerson</u>**
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
DANA H. BILLINGSLEY (BIL02)
Attorneys for Plaintiff Union Springs
Telephone Company, Inc.
WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:  (334) 265-0319
E-mail: mark@wilkersonbryan.com
E-mail: amanda@wilkersonbryan.com
E-mail: dana@wilkersonbryan.com