IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNION SPRINGS TELEPHONE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-474-MEF |
| T-MOBILE USA, INC., | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #8) filed on June 26, 2006, it is hereby

ORDERED that the defendant file its response which shall include a brief and any evidentiary materials on or before July 12, 2006. The plaintiff may file a reply brief on or before July 19, 2006.

DONE this the 27th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE