IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNION SPRINGS TELEPHONE COMPANY, INC., ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-474-MEF |
| ) | |
| T-MOBILE USA, INC., ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Defendant's Motion for Extension (Doc. #10) filed on June 29, 2006, it is hereby

ORDERED that the motion is GRANTED. The Defendant shall file its response to the Plaintiff's motion on or before July 26, 2006. The Plaintiff may file a reply brief on or before August 2, 2006.

DONE this 6th day of July, 2006.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE