IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNION SPRINGS TELEPHONE COMPANY, INC.,** an Alabama corporation, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )  Case No.:  2:06-CV-0474-MEF<br>) |
| **T-MOBILE USA, INC.,** a Delaware corporation doing business in Alabama; Defendants A, B, C and/or D, both singular and plural, being those persons, firms, partnerships, corporations or other entities who held an interest in, or operated, T-Mobile USA, Inc.; all whose names are unknown at this time but will be substituted by amendment when ascertained, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## REPORT OF PARTIES' PLANNING MEETING

1.Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on July 6, 2006 and was attended by:

Dana H. Billingsley, on behalf of Plaintiff Union Springs Telephone Company, Inc., and Joshua D. Jones, on behalf of Defendant T-Mobile USA, Inc.

2.**Pre-Discovery Disclosures**. The parties will exchange within **60 days**, or by **September 5, 2006**, the information required by Local Rule 26.1(a)(1).

3.**Discovery Plan**. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: (i) the allegations raised in the Complaint; (ii) the defenses asserted by Defendant in answer to the Complaint; (iii) terms and conditions of compensation agreements between T-Mobile and other incumbent local exchange carriers; (iv) T-Mobile's petition for declaratory ruling before the FCC regarding the application of state tariffs to compensation agreements.

All discovery commenced in time to be completed by **December 8, 2006**.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 25 requests for admission by each party to any other party.

Maximum of 5 depositions by Plaintiff and 5 by Defendant.

Maximum of 25 requests for production by each party to any other party.

Reports from retained experts under Rule 26(a)(2) due:

>from Plaintiff by **February 9, 2007**;

>from Defendant(s) by **March 12, 2007**.

Supplementations under Rule 26(e) due **December 1, 2006**.

4. **Other Items**.

The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff should be allowed until **October 6, 2006** to join additional parties and until **October 6, 2006** to amend the pleadings.

Defendant(s) should be allowed until **November 3, 2006** to join additional parties and until **November 3, 2006** to amend the pleadings.

All potentially dispositive motions should be filed by **April 13, 2007**.

Settlement cannot be realistically evaluated prior to **September 5, 2006**.

The parties request a final pretrial conference in **July 2007**.

Final lists of trial evidence under Rule 26(a)(3) should be due:

    from Plaintiff: witnesses and exhibits by **30 days before trial**.

    from Defendant(s): witnesses and exhibits by **30 days before trial**.

Parties should have **10 days** after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by **August 2007**, and at this time is expected to take approximately 2 days.

Date: July 6, 2006

                          /s/ Dana H. Billingsley
                          DANA H. BILLINGSLEY (BIL012)

OF COUNSEL:
WILKERSON & BRYAN, P.C.
405 South Hull Street
P.O. Box 830
Montgomery, Alabama 36101-0830
Telephone: (334) 265-1500


                          /s/ Joshua D. Jones
                          JOSHUA D. JONES (JON147)

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harvert Plaza
Birmingham, Alabama 35203-2602
Telephone: (205) 254-1000