IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNION SPRINGS TELEPHONE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 2:06-CV-474-MEF ) ) |
| T-MOBILE USA, INC., | ) ) ) |
| Defendant. | ) |

### SECOND MOTION TO EXTEND DEADLINES

Comes now counsel for Defendant, T-Mobile USA, Inc., and moves this Honorable Court for a two-week extension of the deadlines set forth by this Court in its Order dated July 6, 2006. This Court has ordered Defendant to file its response to Plaintiff's Motion to Remand on or before July 26, 2006. Defendant respectfully requests an extension of this filing deadline until August 9, 2006, and an extension for Plaintiff's reply until August 16, 2006. As grounds for this request, Defendant states as follows:

1. The Parties to this action have agreed in principle to settle this matter.

2. The Parties plan to file a joint stipulation dismissing this matter within the next two weeks.

3. Plaintiff's counsel has informed counsel for the Defendant that they have no objection to the granting of a two week extension in this matter.

1

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that this Honorable Court will grant a two week extension in this matter.

Respectfully submitted,

Peter S. Fruin (FRU002)
Joshua D. Jones (JON147)

Attorneys for Defendant T-Mobile

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2006, a true and correct copy of the foregoing was filed electronically with the Court, which will automatically serve all counsel of record as follows:

Mark D. Wilkerson
Amanda C. Carter
Dana H. Billingsley
WILKERSON & BRYAN, P.C.
405 South Hull Street
P.O. Box 830
Montgomery, AL 36101-0830


Peter S. Fruin
Joshua D. Jones
Maynard, Cooper & Gale
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203

_____
OF COUNSEL

01365630.1