IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNION SPRINGS TELEPHONE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-474-MEF |
| T-MOBILE USA, INC., | ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Second Motion to Extend Deadlines (Doc. #13) filed on July 25, 2006, it is hereby

ORDERED that the motion is GRANTED.

In the Motion to Extend Deadlines, the court was informed that the dispute in this case has been resolved. Accordingly, it is further

ORDERED that the parties file a joint stipulation of dismissal on or before **August 11, 2006.**

DONE this 27th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE