# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNION SPRINGS TELEPHONE** | ) | |
| **COMPANY, INC.**, an Alabama corporation, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.:  2:06-CV-0474-MEF |
| | ) | |
| **T-MOBILE USA, INC.**, a Delaware corporation | ) | |
| doing business in Alabama; Defendants A, B, C | ) | |
| and/or D, both singular and plural, being those | ) | |
| persons, firms, partnerships, corporations or | ) | |
| other entities who held an interest in, or | ) | |
| operated, T-Mobile USA, Inc.; all whose names | ) | |
| are unknown at this time but will be substituted | ) | |
| by amendment when ascertained, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Union Springs Telephone Company, Inc., and Defendant, T-Mobile USA, Inc., by and through their respective counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulate that the above-styled cause be dismissed with prejudice, with each party to bear its own respective fees and costs.

Respectfully submitted this 11th day of August, 2006.


　　　　　　　　　　　　　　　　__/s/_Dana H. Billingsley_____
　　　　　　　　　　　　　　　　MARK D. WILKERSON (WIL072)
　　　　　　　　　　　　　　　　DANA H. BILLINGSLEY (BIL012)
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Union Springs Telephone Company, Inc.

OF COUNSEL:
WILKERSON & BRYAN, P.C.
405 South Hull Street
P.O. Box 830
Montgomery, Alabama 36101-0830
Telephone: (334) 265-1500
mark@wilkersonbryan.com
dana@wilkersonbryan.com

      __/s/_Peter S. Fruin_____
      PETER S. FRUIN (FRU002)
      JOSHUA D. JONES (JON147)

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harvert Plaza
Birmingham, Alabama 35203-2602
Telephone: (205) 254-1000
pfruin@maynardcooper.com
jjones@maynardcooper.com