IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNION SPRINGS TELEPHONE COMPANY, INC.,** an Alabama corporation, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No.: 2:06-CV-0474-MEF |
| **T-MOBILE USA, INC.,** a Delaware corporation doing business in Alabama; Defendants A, B, C and/or D, both singular and plural, being those persons, firms, partnerships, corporations or other entities who held an interest in, or operated, T-Mobile USA, Inc.; all whose names are unknown at this time but will be substituted by amendment when ascertained, | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal submitted by the parties. The Court, having considered same, finds that it is well taken and is due to be granted. It is, therefore, hereby ORDERED, ADJUDGED and DECREED that this action and all claims and causes of action brought therein are hereby dismissed, with prejudice.

**DONE AND ORDERED,** this the ____ day of _____, 2006.

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT
COURT JUDGE